**Juan P. MCLENDON, Plaintiff— Appellant,**

v.

**UNITED STATES of America, Defendant—Appellee.**

No. 07–6154.

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2007.

Decided: April 25, 2007.

Juan P. McLendon, Appellant Pro Se.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan P. McLendon appeals the district court's orders denying relief on his action filed under the Federal Torts Claims Act and denying his motion to amend the complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McLendon v. United States,* No. 7:06–cv–00655–jlk (W.D.Va. Dec. 14, 2006; Jan. 11, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*